# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **BRETT and JESSICA LAFERRERA,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | |
| ) | _____ |
| **CAMPING WORLD RV SALES OF BIRMINGHAM, THOR MOTOR COACH, THOR MOTORHOMES,** ) ) ) ) | **Removed from the Circuit Court of Tuscaloosa County, Alabama CV-2015-900170** |
| ) | |
| Defendants. ) | |

### DEFENDANT EMERALD COAST RV CENTER, LLC'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Emerald Coast RV Center, LLC d/b/a Camping World RV Sales ("ECRV"), incorrectly identified in the Complaint as Camping World RV Sales of Birmingham, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4 of the Northern District of Alabama, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ECRV files its Corporate Disclosure Statement.

1. Counsel certifies that the general nature and purpose of ECRV is the sale and service of recreational vehicles.

2. Counsel certifies that ECRV is a Minnesota limited liability company with its principal place of business in Lincolnshire, Illinois, and its stock is not publicly traded.

3. Counsel also certifies that there are no parents, subsidiaries, or affiliates of ECRV that have issued shares or debt securities to the public.

    Respectfully submitted,

/s/ Stephen L. Poer
Stephen L. Poer
Alexandra M. Shulman
Counsel for Defendants Thor Motor Coach, Inc. and Emerald Coast RV Center, LLC d/b/a Camping World RV Sales

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Facsimile: (205) 251-6773
Email: spoer@scottdukeslaw.com
ashulman@scottdukeslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

K. Donald Simms
WEBSTER, HENRY, LYONS, BRADWELL, COHAN & BLACK, P.C.
Suite 445 East
Two Perimeter Park South
Birmingham, Alabama  35243

Mark S. Gober
2304 University Boulevard
Suite 100
Tuscaloosa, Alabama  35401

/s/ Stephen L. Poer
Of Counsel

78797