IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| BRETT and JESSICA LAFERRERA, | ) ) ) | |
| Plaintiffs; | ) ) | 7:15-CV-00473-LSC |
| vs. | ) ) | |
| CAMPING WORLD RV SALES OF BIRMINGHAM, THOR MOTOR COACH, THOR MOTORHOMES, | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

The Court has three motions before it: (1) Plaintiffs' Motion for Leave to File Amended Complaint (Doc. 33), (2) Defendants' Motion for Judgment on the Pleadings (Doc. 24), and (3) Defendants' Motion for Sanctions.

1. **Plaintiffs' Motion for Leave to File Amended Complaint (Doc. 33)**

Although the motion was untimely, the Court finds that the Defendants will not be prejudiced by allowing the amendment. Accordingly, the Motion is GRANTED.

2. **Defendants' Motion for Judgment on the Pleadings (Doc. 24)**

The Court finds this motion MOOT in light of the Plaintiffs' Amended Complaint. However, the Defendants may file another motion with regard to the Amended Complaint.

3. **Defendants' Motion for Sanctions**

The Court DENIES the Defendants' Motion for Sanctions at this point in time. If the parties do not resolve the case, then the Defendants may file a motion for sanctions directed at this issue before the end of the case.

Done this 5th day of October 2015.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
182185