IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRETT and JESSICA LAFERRERA, | ) ) ) | |
| Plaintiffs; | ) ) | 7:15-cv-00473-LSC |
| vs. | ) ) ) | |
| CAMPING WORLD RV SALES OF BIRMINGHAM, THOR MOTOR COACH, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

The Court has Plaintiffs' Motion to Compel (Doc. 67). It is GRANTED as stated in the Court's instructions on the March 24, 2016 telephone conference. Specifically, Defendants are ordered to provide the names and contact information of RV purchasers who had potential discrepancies with the mileage listed in sales documents provided to them by Defendants for sales four months prior to and eight months after the sale in dispute. The parties are then to agree upon a letter to send to these persons and include the contact information of both parties' counsel. The parties shall then disclose the nature and substance of any subsequent communication with the contacted persons.

Done and Ordered this 28th day of March 2016.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
182185